CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJw

MAR 05 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TRAVIS LEON DAVIDSON,<br>Plaintiff, | Civil Action No. 7:12-cv-00044 |
| v. | **ORDER** |
| DR. ALI UZMA, et al.,<br>Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.  Plaintiff may refile his claims in a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This ___5th___ day of March, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge