CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJW

MAR 05 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

TRAVIS LEON DAVIDSON,
    Plaintiff,

Civil Action No. 7:12-cv-00044

v.

**ORDER**

DR. ALI UZMA, <u>et al.</u>,
    Defendants.

By:   Hon. Jackson L. Kiser
       Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed <u>in forma pauperis</u>.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of March, 2012.

                /s/ Jackson L. Kiser
                Senior United States District Judge