CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
APR 30 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TRAVIS LEON DAVIDSON,<br>    Plaintiff, | Civil Action No. 7:12-cv-00044 |
| v. | **MEMORANDUM OPINION** |
| DR. ALI UZMA, et al.,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

Travis Leon Davidson, a Virginia inmate proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983, while at the Roanoke City Jail. By its Order entered February 7, 2012, the court advised plaintiff that a failure to update his mailing address after a transfer or release from incarceration will result in dismissal of this action.

The court's mail to plaintiff has been returned as undeliverable, and the envelope has the notation, "Return to Sender. Attempted – Not Known. Unable to forward." Plaintiff failed to comply with the court's Order requiring him to maintain an accurate mailing address, and plaintiff has not contacted the court since filing a motion in March 2012. Therefore, I find that plaintiff failed to comply with the February 7, 2012, Order and fails to prosecute this action, pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, I dismiss the action without prejudice. See Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance). See also Donnelly v. Johns-Manville Sales Corp., 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to plaintiff.

ENTER: This 30th day of April, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge