IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

TRAVIS LEON DAVIDSON,
    Plaintiff,

Civil Action No. 7:12-cv-00044

v.

**ORDER**

DR. ALI UZMA, et al.,
    Defendants.

By:  Hon. Jackson L. Kiser
      Senior United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 30th day of April, 2012.

*/s/ Jackson L. Kiser*
Senior United States District Judge